Edna E. Barnett, Plaintiff-Appellant, v. Sallie C. Ambler et al., Defendants-Appellees.

Gen. No. 46,540. 

First District, Third Division.
March 16, 1955.
Rehearing denied April 6, 1955.
Released for publication April 7, 1955.

Rob-
ert E. Dowling, for appellant; John H. Galgano, and Patrick A. Barton, of counsel: Michael Brahms, for appellee; Edward E. Kane, of counsel. Opinion by JUSTICE LEWE. **Not to be published in full.**